# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

————————

No. 96-1554

————————

John D. Lockhart,           *
                                    *

        Appellant,           *
                                    *
                                    * Appeal from the United States

    v.                        * District Court for the
                                    * Eastern District of Missouri.

Chris Kolum, Hospital Administrator;  *
William Pearson, Dr., dentist at      *          [UNPUBLISHED]
Farmington Correctional Center,      *
                                    *

        Appellees.           *

————————

Submitted: August 7, 1997

Filed: August 25, 1997

————————

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

————————

PER CURIAM.

    John D. Lockhart, a Missouri inmate, appeals the adverse grant of summary judgment by the district court[1] in his 42 U.S.C. § 1983 action. After carefully

---

    [1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

reviewing the record and the parties' briefs, we conclude summary judgment was proper. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.